**DISMISS and Opinion Filed March 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00922-CV

**YIHUA XIONG A/K/A BRUCE XIONG, Appellant**
**V.**
**JULIA XIA, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01586-2020**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. We **GRANT** the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

200922F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

YIHUA XIONG A/K/A
BRUCE XIONG, Appellant

No. 05-20-00922-CV      V.

JULIA XIA, Appellee

On Appeal from the County Court at
Law No. 6, Collin County, Texas
Trial Court Cause No. 006-01586-
2020.
Opinion delivered by Justice
Goldstein. Justices Partida-Kipness
and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee JULIA XIA recover her costs of this appeal from appellant YIHUA XIONG A/K/A BRUCE XIONG.

Judgment entered March 8, 2021